IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INES ROMISCHER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION FILE NO. |
| : | 1:08-CV-853-GET-LTW |
| ENCORE RECEIVABLE : | |
| MANAGEMENT, INC. and : | |
| NEAL ICHOLT, : | |
| : | |
| Defendants. : | |

## **MAGISTRATE JUDGE'S ORDER**

This Court issued a Scheduling Order approving the parties' Joint Preliminary Report and Discovery Plan on July 14, 2008. Docket Entry [21]. In the Scheduling Order the Court ordered counsel to file an amendment to paragraph 13(a), containing lead counsel's signatures as required, within ten (10) days of entry of the Court's Order. Also, this Court issued an Order directing the parties to file their separate Certificate of Interested Persons within ten (10) days from the date of the Court's Order on August 1, 2008. Docket Entry [35]. To date, all parties to this action have complied with both of the Court's previous Orders with the exception of Defendant Neal Icholt. Defendant Neal Icholt is **DIRECTED** to file his Certificate of Interested Persons and an amendment to paragraph 13(a) of the Joint Preliminary Report and Discovery Plan to

include his counsel's signature within eleven (11) days of the entry of this Court's Order.

The Clerk is **DIRECTED** to resubmit this case to the undersigned Magistrate Judge within fifteen (15) days of the date of this Order if Defendant fails to comply with this Order.

SO ORDERED, this 18th day of September, 2008.

                                          s/Linda T. Walker
                                          LINDA T. WALKER
                                          UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)