IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INES ROMISCHER   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| ) | |
| vs.   ) | Civil Action File No.: |
| ) | 1:08-CV-0853-GET-LTW |
| ENCORE RECEIVABLE   ) | |
| MANAGEMENT, INC., et al.   ) | |
| ) | |
| Defendants.   ) | |
| _____   ) | |

## MOTION REQUESTING PERMISSION TO WITHDRAW AS COUNSEL

COME NOW, Suzanne R. Haley, and files this Motion Requesting Permission to Withdraw as Counsel for Defendant Encore Receivable Management, Inc. The undersigned has left her employment with Franzén & Salzano, P.C. and therefore wishes to withdraw as counsel of record in this case.

This 29th day of September, 2008.                    Respectfully submitted

                                                     FRANZÉN & SALZANO, P.C.

                                                     /s/ Suzanne R. Haley
                                                     Suzanne R. Haley
                                                     Georgia Bar No. 100164

40 Technology Parkway South, Suite 202
Norcross, GA 30092
770-248-2885 (phone)
770-248-2883 (fax)
shaley@franzen-salzano.com
*Attorney for Defendant*
*Encore Receivable Management, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| INES ROMISCHER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | Civil Action File No.: |
| ) | 1:08-CV-0853-GET-LTW |
| ENCORE RECEIVABLE ) | |
| MANAGEMENT, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2008 I have served all counsel of record with a copy of the foregoing Motion Requesting Permission to Withdraw as Counsel for Defendant Encore Receivable Management, Inc. by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Lisa D. Wright
attorneywright@prodigy.net

                                              Respectfully submitted,

                                              /s/ Suzanne R. Haley
                                              Suzanne R. Haley